UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
v. ) Criminal Action No. 06-227 (RBW)
)
DARNELL ANTHONY JACKSON, et al., )
)
Defendants. )
)
)

## ORDER

In accordance with the Court's oral orders issued at the August 16, 2006 status conference, it is hereby

**ORDERED** that the government shall file its oppositions to the motions for reconsideration of detention orders filed by defendants Lawrence Bryant and John Downs III by August 21, 2006. It is further

**ORDERED** that a hearing shall be held on August 23, 2006, at 1:30 p.m., at which point the Court will rule on the defendants' pending motions for reconsideration of detention orders. It is further

**ORDERED** that a status conference in this matter shall be held on September 29, 2006, at 2:00 p.m. It is further

**ORDERED** that defendant William Henry Gray shall be immediately provided with a medical examination in his current facilities at the District of Columbia jail to assess his need for medical treatment. If it is determined that the defendant is in need of medical treatment, such treatment shall be provided forthwith.

**SO ORDERED** this 17th day of August, 2006.

> _[signature]_
> REGGIE B. WALTON
> United States District Judge