UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.   Criminal Action No. 06-227 (RBW)

DARNELL ANTHONY JACKSON, et al.,

Defendants.

**FILED**

OCT 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

In accordance with the Court's oral orders issued during the status conference on October 10, 2006, it is hereby

**ORDERED** that any defendant who opposes the government's Motion for Exclusion of Time Under the Speedy Trial Act shall file their oppositions by Friday, October 20, 2006.

**SO ORDERED** this 11th day of October, 2006.

REGGIE B. WALTON
United States District Judge