06-227 (RBW)

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FEB 9 – 2007

RECEIVED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

February 6, 2007

United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC

CR 06-227-04

**FILED**

FEB 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:    Transfer to U.S. Magistrate Judge

Case No.  MJ-07-99

Case Title:  USA V TINESHA DENISE ADAMS

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☐ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other  Document #6 is an NFPV item.

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  S. English
Deputy Clerk 213-894-8288

cc:  *U.S. Attorney (Central District of California)*
     *U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned  case number:

_____.

Clerk, U.S. District Court

By _____

_____    Deputy Clerk
Date

**U.S. District Court**
**CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CRIMINAL DOCKET FOR CASE #: 2:07-mj-00099-DUTY-ALL**

Case title: USA v. Adams                                    Date Filed: 01/23/2007

---

Assigned to: Duty Magistrate Judge

**Defendant**

**Tinesha Denise Adams** (1)                    represented by    **Jeff Dominic Price**
*TERMINATED: 02/01/2007*                                        Jeff Dominic Price Law Offices
                                                               1717 Fourth Street, Suite 300
                                                               Santa Monica, CA 90401
                                                               310-260-5945
                                                               Email: jeff.price@mac.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: CJA Appointment*

**Pending Counts**                             **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                 **Disposition**

Defendant in violation of: 21:846;841(a)(1)    Defendant is ordered held to answer to the
(b)(A)(iv)(B); 853; 18:2                        District of Columbia. Warrant of removal and
                                               final commitment to issue.

---

**Plaintiff**

**USA**                                        represented by    **US Attorney's Office**
                                                               AUSA - Office of US Attorney
                                                               312 N Spring St, 12th Floor
                                                               Los Angeles, CA 90012-4700
                                                               213-894-2434
                                                               Email: USACAC.Criminal@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2007 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Tinesha Denise Adams, originating in the District of Columbia. Defendant charged in violation of: 21:846;841(a)(1)(b)(A)(iv);853; 18: 2. Signed by agent Benett Scott, FBI. (sce, ) (Entered: 02/06/2007) |
| 01/23/2007 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Tinesha Denise Adams; defendants Year of Birth: 1982; date of arrest: 1/22/2007 (sce, ) (Entered: 02/06/2007) |
| 01/23/2007 | 3 | Defendant Tinesha Denise Adams arrested on warrant issued by the USDC District of Columbia at Columbia. (sce, ) (Entered: 02/06/2007) |
| 01/23/2007 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Ralph Zarefsky as to Defendant Tinesha Denise Adams Defendant arraigned and states true name is as charged. Attorney: Jeff Dominic Price for Tinesha Denise Adams, Appointed, present. Detention Hearing set for 1/25/2007 at 11:00 AM before Magistrate Judge Ralph Zarefsky. Tape #: CR 1/23/07. (sce, ) (Entered: 02/06/2007) |
| 01/23/2007 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Tinesha Denise Adams. (sce, ) (Entered: 02/06/2007) |
| 01/23/2007 | 7 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Tinesha Denise Adams. (sce, ) (Entered: 02/06/2007) |
| 01/23/2007 | 10 | ORDER OF TEMPORARY DETENTION Pending Hearing Pursuant to Bail Reform Act by Magistrate Judge Ralph Zarefsky as to Defendant Tinesha Denise Adams. Pending hearing, the defendant shall be held in custody by the U. S. Marshal and produced for the hearing. Detention Hearing set for 1/25/2007 at 11:00 AM before Magistrate Judge Ralph Zarefsky. (sce, ) (Entered: 02/06/2007) |
| 01/25/2007 | 5 | ORDER OF TEMPORARY DETENTION Pending Hearing Pursuant to Bail Reform Act by Magistrate Judge Ralph Zarefsky as to Defendant Tinesha Denise Adams. Pending hearing, the defendant shall be held in custody by the U. S. Marshal and produced for the hearing. Detention Hearing set for 1/30/2007 at 02:00 PM before Magistrate Judge Ralph Zarefsky. (sce, ) (Entered: 02/06/2007) |
| 01/25/2007 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge Ralph Zarefsky as to Defendant Tinesha Denise Adams. (sce, ) (Entered: 02/06/2007) |
| 01/25/2007 | 11 | MINUTES OF Detention And Further Proceedings Re Out-Of District Case Hearing held before Magistrate Judge Ralph Zarefsky as to Defendant Tinesha Denise Adams. Tape #: CV 07-01. (sce, ) (Entered: 02/06/2007) |
| 01/30/2007 | 8 | ORDER OF DETENTION by Magistrate Judge Ralph Zarefsky as to Defendant Tinesha Denise Adams, (sce, ) (Entered: 02/06/2007) |
| 01/30/2007 | 12 | MINUTES OF Detention Hearing and Further proceedings RE Out-Of-District Case held before Magistrate Judge Ralph Zarefsky as to Defendant Tinesha Denise Adams. Tape #: CV 07-01 & CV 07-02. (sce, ) (Entered: 02/06/2007) |
| 01/30/2007 | 13 | LIST OF EXHIBITS AND WITNESSES at trial as to Tinesha Denise Adams. (sce, ) (Entered: 02/06/2007) |
| 02/01/2007 | 14 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Ralph Zarefsky that Defendant Tinesha Denise Adams be removed to the District of Columbia. (sce, ) (Entered: 02/06/2007) |

JAN-23-2007  08:07                                                          P.08

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 06-227-04 | MAGIS. NO: |
|---|---|---|

-v.-

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

DARNELL ANTHONY JACKSON

**Tinesha Denise Adams**

**07-0099M**

| DOB: | PDID: |
|---|---|

| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
|---|---|

| TO:  ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|

2007 JAN 23

FILED

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: |
|---|---|
| | 21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2 |

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|

| ORDERED BY: **JUDGE URBINA** | SIGNATURE (JUDGE/MAGISTRATE JUDGE) **U.S. DISTRICT COURT JUDGE URBINA** | DATE ISSUED: 7/27/06 |
|---|---|---|
| CLERK OF COURT: **Nancy Mayer-Whittington** | BY DEPUTY CLERK: | DATE: 7/27/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE:  Yes      No    X | | OCDETF CASE:      Yes      No    X |

TOTAL P.08



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

07 - 0099M

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. **0 6 - 2 2 7** |
| v. | GRAND JURY ORIGINAL |
| DARNELL ANTHONY JACKSON, | VIOLATIONS: |
|    also known as Donnell Jackson, | |
|    also known as Fats, | 21 U.S.C. §846 |
|    also known as Darnell Adams, | (Conspiracy to Distribute and Possess with |
| TROY ANTOINE HOPKINS, | Intent to Distribute One Kilogram or More |
|    also known as Fat Troy, | of Phencyclidine); |
|    also known as Dialo Fatah, | 21 U.S.C.§§ 841(a)(1) and 841(b)(1)(A)(iv) |
| TONY FITZGERALD HILT, | (Unlawful Possession With Intent to |
|    also known as Tonia Hilt, | Distribute One Kilogram or More of |
|    also known as T, | Phencyclidine); |
| TINESHA DENISE ADAMS, | 21 U.S.C. §§841(a)(1) and 841(b)(1)(A)(iv) |
|    also known as Neesha, | (Unlawful Distribution of One Kilogram |
| SHAWNTAE ANDERSON, | or More of Phencyclidine); |
| LAWRENCE BRYANT, | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iv) |
| TROY JAMAL CHAVIOUS, | (Unlawful Distribution of One Hundred |
|    also known as Little Troy, | Grams or More of Phencyclidine); |
|    also known as L.T., | 21 U.S.C. §853 |
| CHRISTOPHER MICHAEL DOBBINS, | (Criminal Forfeiture); |
|    also known as Dookie, | 18 U.S.C. §2 |
| JOHN DOWNS, III, | (Aiding and Abetting); |
|    also known as J.D., | |
| LANIKA MERCEDES FRANKLIN, | |
| WILLIAM HENRY GRAY, | |
|    also known as "Punchy," | |
|    also known as "P," | |
| BERNIE HARGROVE, | |
| JOHN DOE, | **FILED IN OPEN COURT** |
|    also known as Keith Roots, | |
|    also known as Slow, | **JUL 27 2006** |
| DOMINQUE MICHELLE | |
| WASHINGTON, | CLERK, U.S. DISTRICT COURT |
|    also known as Michelle | DISTRICT OF COLUMBIA |
|    Washington | |
| WALTON, J. RBW     Defendants. | |

Case Related To __03-441__

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From at least on or about sometime in September, 2005, the exact date being unknown to the Grand Jury, and continuing thereafter to at least July, 27, 2006, in the District of Columbia, Maryland, California, and elsewhere, DARNELL ANTHONY JACKSON, also known as Donnell Jackson, also known as Fats, also known as Darnell Adams, TROY ANTOINE HOPKINS, also known as Fat Troy, also known as Dialo Fatah, TONY FITZGERALD HILT, also known as Tonia Hilt, also known as "T," TINESHA DENISE ADAMS, also known as Neesha, SHAWNTAE ANDERSON, LAWRENCE BRYANT, TROY JAMAL CHAVIOUS, also known as Little Troy, also known as L.T., CHRISTOPHER MICHAEL DOBBINS, also known as Dookie, JOHN DOWNS, III, also known as J.D., LANIKA MERCEDES FRANKLIN, WILLIAM HENRY GRAY, also known as Punchy, also known as "P," BERNIE HARGROVE, JOHN DOE, also known as Keith Roots, also known as Slow, DOMINIQUE MICHELLE WASHINGTON, also known as Michelle Washington, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with co-conspirators and others known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute, a mixture and substance containing a detectable amount of phencyclidine, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv).

(Conspiracy to Distribute and Possess With Intent to Distribute One Kilogram or More of Phencyclidine, in violation of Title 21 United States Code, Section 846)

2

## COUNT TWO

On or about March 10, 2006, within the District of Columbia, DARNELL ANTHONY JACKSON, also known as Donnell Jackson, also known as Fats, also known as Darnell Adams, BERNIE HARGROVE, JOHN DOE, also known as Keith Roots, also known as Slow, and DOMINIQUE MICHELLE WASHINGTON, also known as Michelle Washington, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more.

(Unlawful Possession With Intent to Distribute One Kilogram or More of Phencyclidine and Aiding and Abetting, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv) and Title 18, United States Code, Section 2)

## COUNT THREE

On or about March 10, 2006, within the District of Columbia, DARNELL ANTHONY JACKSON, also known as Donnell Jackson, also known as Fats, also known as Darnell Adams, BERNIE HARGROVE, JOHN DOE, also known as Keith Roots, also known as Slow, and DOMINIQUE MICHELLE WASHINGTON, also known as Michelle Washington, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one kilogram or more.

(Unlawful Distribution of One Kilogram or More of Phencyclidine and Aiding and Abetting, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv) and Title 18, United States Code, Section 2)

3

## COUNT FOUR

On or about May 24, 2006, within the District of Columbia, **DARNELL ANTHONY JACKSON, also known as Donnell Jackson, also known as Fats, also known as Darnell Adams,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was 100 grams or more.

(**Unlawful Distribution of One Hundred Grams or More of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

## SPECIAL ALLEGATION OF AMOUNT

During the period of the conspiracy, the amount of phencyclidine purchased, transported, packaged and resold by the various members of the conspiracy exceeded 20 kilograms of a mixture and substance containing phencyclidine.

## FORFEITURE ALLEGATION

1. The violations alleged in Counts One through Four of this Indictment are realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts One through Four of this Indictment, the defendant(s) in this Indictment, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from proceeds obtained directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any

4

manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to:

      (a)    <u>Money Judgments</u>:

          (i)  a sum of money equal to the total amount of money, representing the amount of proceeds obtained as a result of the offense, conspiracy to distribute and possess with intent to distribute one kilogram or more of phencyclidine, specifically 20 kilograms or more of a mixture and substance containing phencyclidine, which carries a street value of approximately $600,000, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(a)(I), for which the defendants are jointly and severally liable;

By virtue of the commission of the felony offenses charged in Counts One through Four of this Indictment, any and all interest that the defendant(s) have in the property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of drug trafficking or used, or intended to be used, to facilitate drug trafficking, is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

    3.  If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant(s):

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot
        be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of said defendant(s) up to the value of said property listed above

as being subject to forfeiture.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and
853(p).)

A TRUE BILL:

FOREPERSON.

Kenneth L. Wainstein / JDM
Attorney for the United States in
and for the District of Columbia

6

# ATTENTION

**Please note that this is a restricted document pursuant to the E-Government Act of 2002. Please handle accordingly.**

# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☑ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

United States vs. _Adams_     FOR _CDCA_     AT _Los Angeles_

**LOCATION NUMBER** ▶

PERSON REPRESENTED (Show your full name)
▶ _Tinesha Denise Adams_

| | |
|---|---|
| 1 ☑ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

CLERK, U.S. DISTRICT
FILED
JAN 23 2007
CENTRAL DISTRICT OF CALIF.
BY

**DOCKET NUMBERS**

Magistrate _07-MJ-00099_

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony  ☐ Misdemeanor

_21 V.S.C. §§ 846, 841, 853_

**NFPV**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☑ No  ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment _12/06_  How much did you earn per month? $ _7.25/hr PT_

If married is your Spouse employed? ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $ _____  If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _359 — RECEIVED  145 approx._

SOURCES _AFDC  Food Stamps_

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____   VALUE _____   DESCRIPTION _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _1_

List persons you actually support and your relationship to them _Child_

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| _Rent_ | | $ | $ |
| _Food_ | _utilities_ | $ _1084_ | $ |
| _Utilities + household_ | | $ | $ _09 —_ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _1-23-07_

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶  _Tinesha Adams_

FILED

2007 JAN 23  AM 10: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>_Tensha Denise Adams_<br><br>PLAINTIFF<br><br>DEFENDANT(S). | CASE NUMBER<br><br>07 - 0099M<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1.   Date and time of arrest  _5:20 p._  _MCO 01/22/07_  ☐ AM / ☐ PM

2.   Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
     _Possession w/ Intent    PCP_

3.   Offense charged is a: ☑ Felony     ☐ Minor Offense     ☐ Petty Offense     ☐ Other Misdemeanor

4.   U.S. Citizen: ☑ Yes     ☐ No     ☐ Unknown

5.   Year of Birth:  _____  _1982_

6.   The defendant is: ☑ Presently in custody on this charge.
     ☐ At liberty on bond posted before a Magistrate Judge.
     ☐ At liberty and warrant is requested.
     ☐ Federal - In custody on another conviction.
     ☐ State - In custody awaiting trial on these charges.

7.   Place of detention (if out-of-district): _____

8.   Date detainer placed on defendant: _____

9.   This is a reprosecution of previously dismissed charges.  (Docket/Case No. _____

10.  Name of Pretrial Services Officer: _____

11.  Remarks (if any): _____
     _____

12.  Date: _01/23/07_

13.  Signature: _____

14.  Name: _Bennett O. Scott_

15.  Title: _Special Agent_

I hereby attest and certify on _2-6-07_ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

FILED

2007 JAN 23  AM 10: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S)

v.

Tinesha Denise Adams

DEFENDANT(S).

CASE NUMBER

07 - 0099M

## AFFIDAVIT RE
## OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: __Indictment__
in the _____U.S_____ District of __Columbia__ on __7/27/06__
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____
in violation of Title __841(c)(1) &21__ U.S.C., Section(s) __841(a)(1)__
to wit: _____

A warrant for defendant's arrest was issued by: __Judge Urbina__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __1-23-06__

__J English__ , Deputy Clerk.

Signature of Agent _____

Print Name of Agent: Bennett O. Scott

Agency: FBI

Title: Special Agent

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

I hereby attest and certify on 2-6-07
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | <u>Western</u> Division |
| Plaintiff, | |
| vs. | Case Number: <u>2:07-MJ-00099</u>   <u>Out of District Affidavit</u> |
| | Initial App. Date: <u>01/23/2007</u> |
| <u>Tinesha Denise Adams</u> | |
| | Initial App. Time: <u>2:00 PM</u> |
| Defendant. | Date Filed: <u>01/23/2007</u> |
| | Violation: <u>21:846.841(a)(1)(b)(A)(iv),853 18:2</u> |
| | Tape Number: <u>CR 1/23/07</u> |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES** | **CALENDAR/PROCEEDINGS SHEET** |
| **MAGISTRATE JUDGE: <u>Ralph Zarefsky</u>** | **LOCAL/OUT-OF-DISTRICT CASE** |

PRESENT:        Ilene Bernal        *Byron Gilchrist*        None

_Deputy Clerk_        _Assistant U.S. Assistant_        _Interpreter/Language_

[X] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
☑ preliminary hearing OR [X] removal hearing / Rule 20.

[X] Defendant states true name [X] is as charged ☐ is _____

☑ Defendant advised of consequences of false statement in financial affidavit. ☑ Financial Affidavit ordered **SEALED.**

☑ Attorney: ~~Liliana Coronado, DFPD~~ *Jeff Price* [X] Appointed ☑ Prev. Appointed ☑ Poss. Contribution (see separate order)

☑ Special appearance by: _____

[X] Government's request for detention is: ☑ GRANTED ☑ DENIED ☑ WITHDRAWN [X] CONTINUED

[X] Defendant is ordered: ☑ Permanently Detained [X] Temporarily Detained (see separate order).

☑ BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FOR
CONDITIONS)**

☑ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☑ GRANTED ☑ DENIED

☑ Preliminary Hearing waived.

☑ **PO/PSA WARRANT** ☑ Counsel are directed to contact the clerk for
District Judge _____ for the setting of further proceedings.

☑ Preliminary Hearing set for _____ at 4:30 PM

☑ PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa

☑ Government's motion to dismiss case/defendant _____ only: ☑ GRANTED ☑ DENIED

☑ Defendant's motion to dismiss for lack of probable cause: ☑ GRANTED ☑ DENIED

☑ Defendant executed Waiver of Rights. ☑ Process received.

☑ Court ORDERS defendant Held to Answer to _____ District of _____
☑ Bond to transfer, if bail is posted. Defendant to report on or before _____
☑ Warrant of removal and final commitment to issue.
☑ Warrant of removal and final commitment are ordered stayed until _____

[X] Case continued to (Date) <u>1-25-07</u>    (Time) <u>11:00</u>    ☑ AM/PM
Type of Hearing: <u>Detn & Fur Proc</u>    Before Judge <u>Zarefsky</u>    /Duty Magistrate Judge.
Proceedings will be held in the ☑ Duty Courtroom _____ [X] Judge's Courtroom <u>540</u>

[X] Defendant committed to the custody of the U.S. Marshal ☑ Summons: Defendant ordered to report to USM for processing.

☑ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☑ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☑ RELEASE ORDER NO: _____

☑ Other: _____

| ☑ **PSA** | ☑ **FINANCIAL** | ☑ **READY** |
|---|---|---|

cc   USPO        Deputy Clerk Initials: _____

M-5 (11/04)        CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE        Page 1 of 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NUMBER: |
| v. | PLAINTIFF | 07—0099M |
| Tinesha Denise Adams | DEFENDANT. | **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)** |

I understand that charges are pending in the _____ District of Columbia
alleging violation of 21 USC, 846, 841 _____ and that I have been arrested in this district and

(Title and Section / Probation / Supervised Release)

taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

   (1)    have an identity hearing to determine whether I am the person named in the charges;
   (2)    receive a copy of the charge(s) against me;

*-Check one only-*

☑  **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

   (3)    have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

   (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐  **PROBATION OR SUPERVISED RELEASE CASES:**

   (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

## I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:

☐  have an identity hearing
☑  receive a copy of the charges(s) against me
☐  have a preliminary examination
☑  have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐  have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

_Tinesha Adams_
Defendant

_o' Pri_
Defense Counsel

Date: 1/25/07

_Ralph Zumofen_  1/25/07
United States Magistrate Judge

M-14 (03/03)       WAIVER OF RIGHTS (OUT OF DISTRICT CASES)



FILED
CLERK, U.S. DISTRICT COURT

JAN 2 5 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 07-00099M |
| v. | |
| TINESHA DENISE ADAMS, | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _____ DEFENDANT _____, IT IS ORDERED that a detention hearing
is set for __TUESDAY,_____, __1/30/07__, at __2:00__ ☐a.m. / ☒p.m. before the
Honorable __RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE__, in Courtroom __#540__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____*(Other custodial officer)*_____

Dated: __1/25/07__                    _____
                                    U.S. District Judge/Magistrate Judge



I hereby attest and certify on __2-6-07__
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BY _____
(DEPUTY CLERK)

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 3 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                  PLAINTIFF

           v.

Tinesha Denise Adams

                                  DEFENDANT(S).

CASE NUMBER

07-MJ-00099

~~CR 07 07~~

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT**

Upon motion of _____deft_____, IT IS ORDERED that a detention hearing
is set for _____Thursday_____, 1/25/07, at 11 ⁰⁰ ☒a.m. / ☐p.m. before the
Honorable _____, in Courtroom _____540_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
                    *(Other custodial officer)*

Dated: _____1/23/07_____

_____
U.S. District Judge/Magistrate Judge

I hereby attest and certify on 2-6-07
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Eva Wa
DEPUTY CLERK



1084

FILED
CLERK, U.S. DISTRICT COURT

FEB - 1 2007

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                        Plaintiff,

v.

TINESHA DENISE ADAMS,
                        Defendant.

CASE NUMBER

07-0099M

**FINAL COMMITMENT AND WARRANT OF REMOVAL TO**

_____ DISTRICT OF ____ COLUMBIA

AT_____
                    (City)

I hereby attest and certify on _2-1-07_ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TO:    UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove her forthwith along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:

☐ filing of a complaint before a U.S. Magistrate Judge

☒ an indictment by a Grand Jury and

☒ a bench warrant issued by Clerk of the District of Origin charging that from <u>September, 2005 to July 27, 2006</u> in the District of Origin, the defendant did: CONSPIRE TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE; UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE' UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE; CRIMINAL FORFEITURE; AIDING AND ABETTING
in violation of Title 21:846; 21:841(a)(1) and 841(b)(a)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:853 and 18:2

The defendant has now:

☒    duly waived identity hearing before me on <u>January 25, 2007</u>.

☐    been informed on____that he has no right to a preliminary hearing as an indictment was filed on____ in the district of origin.

☐    had a hearing before me _____, 20_____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

☐    had a hearing before me on_____, and it appears that the defendant is the person named as charged, and

    ☐    BAIL HAS BEEN SET AT $_____ BUT HAS NOT BEEN POSTED.
    ☐    NO BAIL HAS BEEN SET.
    ☒    PERMANENT DETENTION HAS BEEN ORDERED.
    ☐    TEMPORARY DETENTION HAS BEEN ORDERED.

DATED:____<u>1/31/07</u>_____                    _____
                                                                RALPH ZAREFSKY    (1120)
                                                                UNITED STATES MAGISTRATE JUDGE

## RETURN

Received this commitment and designated prisoner on _____, 20___, and on _____

20___, committed him to _____ and left with the custodian at the same time a

certified copy of the within temporary commitment.

                                                    UNITED STATES MARSHAL
                                                    CENTRAL DISTRICT OF CALIFORNIA

DATED:_____                    By_____, Deputy

M-15 (08/99)                    FINAL COMMITMENT AND WARRANT OF REMOVAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 07-00099M | Date | JANUARY 30, 2007 |

Present: The Honorable   RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE

Interpreter   N/A

| ILENE BERNAL | TAPE #CV07-01 & #CV07-02 | DANIEL SAUNDERS |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| TINESHA DENISE ADAMS | X | X | | JEFF PRICE | X | X | |

**Proceedings:**   DETENTION HEARING AND FURTHER PROCEEDINGS RE OUT-OF-DISTRICT CASE

Detention hearing held. Witnesses sworn. See separate witness list.

Government's request for detention is granted. Defendant ordered permanently detained. See separate order.

Defendant is ordered held to answer to the District of Colombia. Warrant of removal and final commitment to issue.



I hereby attest and certify on 2-6-07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

                                                    05

Initials of Deputy Clerk

# LIST OF EXHIBITS AND WITNESSES

| Case Number | 07-00099M | | Judge | Ralph Zaretsky |
|---|---|---|---|---|
| Title | USA<br>Tinesha Denise Adams | | | |
| Dates of Trial | Detn Hrg : 1/30/07 | | | |
| Court Reporters | Tape CV07-01, CV07-02 | | | |
| Deputy Clerks | Ilene Bernal | | | |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| Daniel Saunders, AUSA | Jeff Pria, appointed |
| | |
| | |
| | |

| Plaintiff(s) | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| 1/30/07 | | | | | | | 1/30/07 |
| | | | | | | Bennett Scott | P |
| | | | | | | Marlo Spears | D |
| | | | | | | | |

FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

I hereby attest and certify on 2-6-07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

1084

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No. __07-00099M__        Date __JANUARY 25, 2007__

Present: The Honorable   __RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE__

Interpreter   No Appearance

| ILENE BERNAL | TAPE #CV07-01 | BILL CROWFOOT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| TINESHA DENISE ADAMS | X | X | | JEFF PRICE | X | X | |

**Proceedings:**   DETENTION HEARING AND FURTHER PROCEEDINGS RE OUT-OF-DISTRICT CASE

Defendant executes waiver of rights in out-of-district cases. Court approves waiver and orders waiver filed.

Defendant is held to answer to the District of Colombia.

The detention hearing is continued to January 30, 2007 at 2:00PM before Magistrate Judge Zarefsky in Courtroom #540 of the Roybal Federal Building.



CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

I hereby attest and certify on _2-7-07_ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Initials of Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT

JAN 30 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CASE NO. MJ-07-99
                                )
                  Plaintiff,    )
                                )   **ORDER OF DETENTION**
        vs.                     )
                                )
Tinesha Denise ADAMS            )
                                )
                  Defendant.    )



I hereby attest and certify on 2-6-07
that the foregoing document is a full, true
and correct copy of the original on file in
my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____ DEPUTY CLERK

A.    (✓)   On motion of the Government in a case allegedly involving:

    1.    ( )    a crime of violence.

    2.    ( )    an offense with maximum sentence of life imprisonment or death.

    3.    (✓)   a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

    5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.   ( )     On motion by the Government/ (✓) on Court's own motion, in a case allegedly involving:

    ( )     On the further allegation by the Government of:

    1.     (✓)     a serious risk that the defendant will flee.

    2.     ( )     a serious risk that the defendant will:

        a.     ( )     obstruct or attempt to obstruct justice.

        b.     ( )     threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government (✓) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

II

A.   (✓)     The Court finds that no condition or combination of conditions will reasonably assure:

    1.     (✓)     the appearance of the defendant as required.

    (✓) and/or

    2.     (✓)     the safety of any person or the community.

B.   (✓)     The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

III

The Court has considered:

A.     the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.     the weight of evidence against the defendant;

C.     the history and characteristics of the defendant; and

-2-

D.    the nature and seriousness of the danger to any person or the community.

## IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:

A.    (✗)    As to flight risk:

Lack of suitable resources for bail; apparent lack of candor w/ Pretrial Services as to her residence, schooling, drug usage; evidence of her involvement

B.    (✗)    As to danger:

criminal history; FTAs have some impact; combined w/ other factors

## VI

A.    (  )    The Court finds that a serious risk exists the defendant will:

1.    (  )    obstruct or attempt to obstruct justice.

2.    (  )    attempt to/ (  ) threaten, injure or intimidate a witness or juror.

B.    The Court bases the foregoing finding(s) on the following:

_____

_____

_____

## VI

A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED:    1/30 07

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

S:\RZ\CRIM\Dtn Ord -- 2006 rev.3.wpd

-4-

1  GEORGE S. CARDONA
   Acting United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   BAYRON T. GILCHRIST (Cal. Bar No. 212393)
4  Assistant United States Attorney
   General Crimes Section
5        1200 United States Courthouse
         312 North Spring Street
6        Los Angeles, California  90012
         Telephone: (213) 894-3152
7        Facsimile: (213) 894-0141
         E-mail: bayron.t.gilchrist@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

10                 UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,    )  Case No. 07-MJ-0099

13                Plaintiff,    )

14                              )  GOVERNMENT'S NOTICE OF REQUEST
                                )  FOR DETENTION
15            v.                )

16 TINESHA DENISE ADAMS         )

17                Defendant.    )

18 _____ )

19        Plaintiff, United States of America, by and through its

20 counsel of record, hereby requests detention of defendant and gives

21 notice of the following material factors:

22        _____  1.   Temporary 10-day Detention Requested (§ 3142(d))

23             on the following grounds:

24        _____  a.   offense committed while defendant was on release

25             pending (felony trial), (sentencing) (appeal) or

26             on (probation) (parole);

27        _____  b.   alien not lawfully admitted for permanent

28             residence;



FILED
CLERK, U.S. DISTRICT COURT

JAN 2 3 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY



    c.  flight risk;

    d.  danger to community.

2.  <u>Pretrial Detention Requested (§ 3142(e)) because no
condition or combination of conditions will
reasonably assure against</u>:

  X  a.  danger to any other person or the community;

  X  b.  flight.

3.  <u>Detention Requested Pending Supervised
Release/Probation Revocation Hearing (Rules
32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

    a.  Defendant cannot establish by clear and
convincing evidence that he/she will not pose a
danger to any other person or to the community;

    b.  Defendant cannot establish by clear and
convincing evidence that he/she will not flee.

4.  <u>Presumptions Applicable to Pretrial Detention (18
U.S.C. § 3142(e))</u>:

  X  a.  Title 21 or Maritime Drug Law Enforcement Act
("MDLEA") (46 U.S.C. App. 1901 et seq.) offense
with 10-year or greater maximum penalty
(presumption of danger to community and flight
risk);

    b.  offense under 18 U.S.C. § 924(c) (firearm
used/carried/possessed during/in relation to/in
furtherance of crime), § 956(a), or § 2332b
(presumption of danger to community and flight
risk);

_____ c.  offense involving a minor victim under 18 U.S.C.
§§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,
2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-
2252A(a)(4), 2260, 2421, 2422, 2423 or 2425
(presumption of danger to community and flight
risk);

_____ d.  defendant currently charged with (I) crime of
violence, (II) offense with maximum sentence of
life imprisonment or death, (III) Title 21 or
MDLEA offense with 10-year or greater maximum
sentence, or (IV) any felony if defendant
previously convicted of two or more offenses
described in I, II, or III, or two or more state
or local offenses that would qualify under I, II,
or III if federal jurisdiction were present, or a
combination of such offenses, <u>AND</u> defendant was
previously convicted of a crime listed in I, II,
or III committed while on release pending trial,
<u>AND</u> the current offense was committed within five
years of conviction or release from prison on the
above-described previous conviction (presumption
of danger to community).

__X__ 5.  <u>Government Is Entitled to Detention Hearing</u>
<u>Under § 3142(f) If the Case Involves</u>:

_____ a.  a crime of violence (as defined in 18 U.S.C.
§ 3156(a)(4)) or Federal crime of terrorism (as
defined in 18 U.S.C. § 2332b(g)(5)(B)) for which

3

maximum sentence is 10 years' imprisonment or
more;

_____ b. an offense for which maximum sentence is life
imprisonment or death;

_X_ c. Title 21 or MDLEA offense for which maximum
sentence is 10 years' imprisonment or more;

_____ d. instant offense is a felony and defendant has two
or more convictions for a crime set forth in a-c
above or for an offense under state or local law
that would qualify under a, b, or c if federal
jurisdiction were present, or a combination or
such offenses;

_____ e. any felony not otherwise a crime of violence that
involves a minor victim or the possession or use
of a firearm or destructive device (as defined in
18 U.S.C. § 921), or any other dangerous weapon,
or involves a failure to register under 18 U.S.C.
§ 2250;

_X_ f. serious risk defendant will flee;

_____ g. serious risk defendant will (obstruct or attempt
to obstruct justice) or (threaten, injure, or
intimidate prospective witness or juror, or
attempt to do so).

_____ 6. Government requests continuance of _____ days for
detention hearing under § 3142(f) and based upon the
following reason(s):

_____

4

7.    Good cause for continuance in excess of three days
      exists in that:

DATED: January 23, 2007          Respectfully submitted,

                                 GEORGE S. CARDONA
                                 Acting United States Attorney

                                 THOMAS P. O'BRIEN
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                 BAYRON T. GILCHRIST
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA