**WARRANT FOR ARREST**

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 06-227-04 | MAGIS. NO: |
|---|---|---|

v.

**DARNELL ANTHONY JACKSON**

**NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**

**Tinesha Denise Adams**

FILED

FEB 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| DOB: | PDID: |
|---|---|

| WARRANT ISSUED ON THE BASIS OF: | **INDICTMENT** | DISTRICT OF ARREST |
|---|---|---|
| | | CITY |

| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER |
|---|---|

**YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.**

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| **JUDGE URBINA** | **U.S. DISTRICT COURT JUDGE URBINA** | 7/27/06 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
| **Nancy Mayer-Whittington** | | 7/27/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 02/13/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | |
|---|---|---|---|
| DATE EXECUTED 02/13/07 | R BALDWIN SDUSM/US MARSHAL | RB | |
| HIDTA CASE: Yes    No  X | | OCDETF CASE:    Yes    No  X | |