UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ]<br>]<br>v.  ]<br>]<br>DARNELL JACKSON, et al ]<br>] | Criminal No.  06-cr-227 (4)<br><br>Judge Walton (RBW) |

### NOTICE OF APPEARANCE FOR DEFENDANT TINESHA ADAMS

Please note the appearance of undersigned counsel, Joanne Slaight, for defendant Tinesha Adams, appointed under the Criminal Justice Act, *nunc pro tunc* to Feburary 13, 2007.

Respectfully submitted,

Joanne D. Slaight, #332866
717 5th Street, N.W.
Washington, DC  20001
Phone (202) 408-2041
Fax (202) 289-6810
Email:   jslaight@att.net