UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 06-227(4) |
| v. : | |
| : | (Walton) |
| DARNELL JACKSON, et at. : | |
| (TINESHA ADAMS) : | |

**APPLICATION FOR REVIEW AND
MODIFICATION OF RELEASE ORDER**

Defendant Tinesha Adams, through undersigned counsel, requests that this Court review and modify her present conditions of release pursuant to 18 U.S.C. § 3145, to personal recognizance, electronic monitoring, or halfway house placement, with any other conditions the court requires.

As grounds for this motion defendant states the following:

1. On or about January 17, 2006, defendant Tenisha Adams was arrested for conspiracy to distribute more than one kilogram of phencyclidine, 21 U.S.C. § 846. She is not charged in any individual count in the indictment other than the conspiracy count.

2. Ms. Adams was arrested on approximately January 16, 2007, in Los Angelos, CA, in front of her 4-year old daughter's day care center, as she had just

1

picked up her daughter at the center. Instead of arresting Ms. Adams' before she entered the center, the officers waited until she actually had her daughter with her to arrest Ms. Adams.

3.     Ms. Adams was transferred from California, and arraigned in the District of Columbia on February 13, 2007. At her detention hearing on February 16, 2007, the Honorable Magistrate Judge Alan Kay ordered that Ms. Adams be detained without bond. She has been incarcerated for this case since January 16, 2007.

4.     Ms. Adams is not charged with any acts of violence in this case.

5.     Ms. Adams, who is 25 years old, has no prior convictions. She is a lifelong California resident. In June, 2005, she was arrested in Anne Arundel County, MD. After her release, she returned to the Maryland court from her home in California, and received probation without judgment in November, 2005. She has certainly shown through her court appearances in Maryland that, if released by the court, she would not be a flight risk.

6.     The government claims that Ms. Adams "eluded" the government from late July, 2006, until she was arrested with her daughter in front of a daycare center in January, 2007. In fact, Ms. Adams had two public, pre-scheduled court appearances in August, 2006, in Los Angelos. Ms. Adams appeared in court, as previously scheduled, on August 1, 2006, and August 15, 2006, when criminal charges against her were dismissed. (Her identification cards had been stolen, and someone had fraudulently used her name and identification to commit a crime.)

The government clearly was not making much of an effort to locate Ms. Adams.

7.     If released, Ms. Adams could live with her aunt, Patricia Brooks, of 10715 South Hoover St, Los Angelos, CA, 90044. Ms. Adams grew up with her aunt in that house. At the time of her arraignment, Ms. Brooks' home phone was not working, and therefore Ms. Adams was not eligible for electronic monitoring at that address. Ms. Brooks now has a home telephone, and her address is available for electronic monitoring.

8.     In the alternative, Ms. Adams requests that she be placed in a halfway house. She has medical issues requiring prescription medication and a special diet. Furthermore, as a non-local inmate, she has been subjected to continuing harassment by other inmates at the D.C. Jail. Placement in a halfway house would make it easier for her dietary needs to be met, and would offer respite from the harassment she endures at the D.C. Jail. (Although Ms. Adams requested transfer to CTF, the jail claims that separation orders in the case preclude her placement at CTF.)

9.     Conditions of release can be fashioned in this case, including curfews, electronic monitoring, heightened supervision, or halfway house placement, to ensure this court that Tinesha Adams is not a danger to the community or a flight risk while this case is pending.

## CONCLUSION

For the reasons stated above, the defendant respectfully requests that this Court modify the release order as presently set, to the following:

1.   That she be released on her personal promise to appear, with the condition that she reside at the home of her aunt, Patricia Brooks, of 10715 South Hoover St, Los Angelos, CA, 90044;

2.   That she meet any other conditions the court may set, including heightened supervision, electronic monitoring, curfew hours, regular reporting to Pretrial Services Agency, or any other conditions.

*In the alternative*, Ms. Adams requests that she be placed in a halfway house.

A hearing is respectfully requested on this motion.


Respectfully submitted,


_____
Joanne D. Slaight, #332866
717 5th St, N.W.
Washington, DC  20001
Phone (202) 408-2041
Counsel for Tinesha Adams