UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARNELL JACKSON, et al.<br>(TINESHA ADAMS) | Criminal No.  06-227(4)<br><br>(Walton) |

## DEFENDANT ADAMS' MOTION TO SUPPRESS
## EYEWITNESS IDENTIFICATION TESTIMONY

    Defendant Tinesha Adams, through undersigned counsel, respectfully moves this Court to suppress eyewitness identification testimony (in and out of court) because it was obtained in violation of the due process clause.

    As grounds for this motion defendant states the following:

    1.    Ms. Adams is charged as part of a conspiracy to distribute and possess with intent to distribute phencyclidine and related charges.

    2.    To the extent any in court identifications, or out of court photo identifications are made identifying Ms. Adams as a perpetrator, she moves to suppress those identifications.  (The defense has not received any list of persons having identified Ms. Adams, or expected to identify Ms. Adams.  Therefore, the defense cannot at this time list specific identification procedures to which it objects.)  The defense requests information, as described in a separate letter to the government, concerning identification procedures regarding Ms. Adams.

    3.    The identification by the witnesse should be suppressed because, as will be shown at a hearing on this matter, the circumstances of showing photos, as well as any array itself, was so suggestive and conducive to irreparable mistaken

1

identification that it violates the defendant's fifth amendment right to due process of law.  Stovall v. Denno, 388 U.S. 293 (1967), Neil v. Biggers, 401 U.S. 188 (1972), Manson v. Braithwaite, 432 U.S. 98 (1977).

4.	If the out of court identification procedures are found to be inadmissible at trial, the government may only elicit in court identification by showing by clear and convincing evidence that the in-court identification rests upon a source independent of the suggestive procedures.  United States v. Wade, 388 U.S. 218 (1967).  See also United States v. Crews, 445 U.S. 463, 472-3 (1980).  The government cannot meet this burden, and therefore no in court identification should be allowed.

WHEREFORE, for these and such other reasons as may be advanced at a hearing on this motion, the defendant respectfully requests that this Motion be granted.  A hearing on this motion is respectfully requested.


Respectfully submitted,


_____

Joanne D. Slaight, #332866
717 5th Street, N.W.
Washington, DC  20001
Phone (202) 408-2041