UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 06-227(4) |
| v. : | |
| : | (Walton) |
| DARNELL JACKSON, et al. : | |
| (TINESHA ADAMS) : | |

**<u>ORDER</u>**

Upon consideration of the Defendant's Motion for preliminary determination of conspiracy and pretrial ruling on admissibility of co-conspirator's statements, it is by this Court on the _____ day of _____, 2007

ORDERED, that the preliminary determination of conspiracy and pretrial ruling on admissibility of co-conspirator's statements is granted.

_____
Honorable Reggie Walton
United States District Judge