UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 06-227(4) |
| DARNELL JACKSON, et al. (TINESHA ADAMS) | : (Walton) |

### ORDER

Upon motion of defendant Tinesha Adams tor a bill of particulars, and for good cause shown, it is, this _____ day of _____, 2007, hereby

ORDERED, that the motion is GRANTED.

_____
JUDGE

Date: