UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 06-227(4) |
| v. : | |
| : | (Walton) |
| DARNELL JACKSON, et al. : | |
| (TINESHA ADAMS) : | |

**MOTION TO ADOPT AND CONFORM
DEFENDANT DIXON'S
MOTION FOR DISCLOSURE OF JAILHOUSE INFORMANT (DOCUMENT 34)**

Defendant Tinesha Adams, through undersigned counsel, respectfully moves this Court to adopt defendant Dixon's Motion to Immediately Disclose Contact between Government Agents or Prosecutors and Potential Jailhouse Informants Incarcerated with Defendant Dixon.

In support of this motion defendant states the following;

1.    Defendant Tinesha Adams has been incarcerated for this case since January, 2007. She has been incarcerated at the D.C. Jail since February, 2007. She has been incarcerated with detainees who are facing lengthy sentences, including for this case.

2.    In the event the government plans to use any testimony or evidence based on informants who have talked to Ms. Adams, the government must show that this evidence or testimony does not violate Ms. Adams' Sixth Amendment right

1

to counsel Messiah v. United States, 377 U.S. 201 (1964).

3. Ms. Adams incorporates and adopts the argument of Mr. Dixon as stated in his motion, document 34. (Cr. No. 06-308)

WHEREFORE, the defendant respectfully requests that motion be granted.

Respectfully submitted,

_____

Joanne D. Slaight, #332866
717  5th St,  N.W.
Washington, DC  20001
Phone (202) 408-2041