UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARNELL JACKSON, et al.<br>(TINESHA ADAMS) | :<br>:<br>:   Criminal No.  06-227(4)<br>:<br>:   (Walton)<br>:<br>:<br>: |

### ORDER

Upon motion of defendant Tinesha Adams tor to adopt defendant Dixon's motion to reveal jail informants, and for good cause shown, it is, this _____ day of _____, 2007, hereby

ORDERED, that the motion is GRANTED.

_____

JUDGE

Date: