UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____
                                        :
UNITED STATES OF AMERICA        :
                                        :    Criminal No.  06-227(4)
        v.                              :
                                        :    (Walton)
DARNELL JACKSON, et al.         :
(TINESHA ADAMS)                 :
_____ :

### DEFENDANT ADAMS' MOTION TO ADOPT

Defendant Tinesha Adams, through undersigned counsel respectfully moves this Court for leave to adopt each and every motion, objection, petition and/or appeal filed on behalf of his codefendants Troy Hopkins, Tony Hilt, Lawrence Bryant, John Downs and Bernie Hargrove (and defendant Damon Dixon, Cr. No. 06-308) in this action as they may relate in any way to him, with the exception of motions for continuance and waivers of speedy trial, and hereby adopts each and every one, subject only to this Court's granting of this motion.  Ms.  Adams further moves that all objections, exceptions, motions and other applications for relief made during the trial by her codefendants through their counsel, inure to her benefit and be treated as if Ms.  Adams, through undersigned counsel, had made them.

Respectfully submitted,

_____
Joanne D. Slaight, #332866
717 5th  St, N.W.
Washington, DC   20001
Phone (202) 408-2041